1

2

3

4                   UNITED STATES DISTRICT COURT

5                         DISTRICT OF NEVADA

6                                    * * *
                                      )
7  JPMORGAN CHASE BANK, N.A.,         )        2:08-CV-01711-PMP-RJJ
                                      )        BASE FILE
8              Plaintiff,             )
                                      )        2:08-CV-01717-PMP-RJJ
9   v.                                )        2:08-CV-01714-PMP-RJJ
                                      )        2:08-CV-01715-PMP-RJJ
10 KB HOME et al.,                    )        2:08-CV-01709-PMP-RJJ
                                      )        2:08-CV-01713-PMP-RJJ
11             Defendants.            )        2:08-CV-01716-PMP-RJJ
   _____)
12                                    )
   AND ALL RELATED ACTIONS            )        DISCOVERY PLAN AND
13 _____)        SCHEDULING ORDER

14         IT IS HEREBY ORDERED:

15         1.  **Changes to Disclosure under Rule 26(a).** The parties will exchange initial

16 disclosures no later than August 28, 2009.

17         2.  **Subject for Discovery.**  Discovery will relate to the claims and defenses set

18 forth in the pleadings on file herein, as limited by any decisions of the Court, including the

19 Court's July 15, 2009 Order granting in part and denying in part the then pending motions

20 to dismiss (Doc. #85).

21         3.  **Changes to Limitation on Discovery.**  There shall be no limits on discovery

22 other than those imposed by the Federal Rules of Civil Procedure or by the Court, and such

23 limits are applied not on a consolidated basis, but as to each individual Related Action,

24 unless otherwise ordered by the Court.

25         4.  **Other Orders of the Court.**  The parties may submit a protective order to be

26 entered in this case governing the exchange of confidential information within fourteen (14)

1   days of the date this Order is entered.

2        5. **Deadline for Answers.**  The Defendants shall answer the Complaints no later

3   than August 28, 2009.

4        6. **Discovery Cut-Off Date.**  The time deadline specified in LR 26-1(e)(1) shall

5   be extended to and including February 5, 2010, subject to the modification concerning

6   expert discovery set forth below.

7        7. **Amending the Pleadings and Adding Parties.**  Pursuant to LR 26-1(e)(2),

8   the time to file motions to amend the pleadings or to add parties shall be not later than

9   November 3, 2009, ninety (90) days prior to the close of fact discovery.

10        8. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).**  The time deadlines specified

11   in LR 26-1(e)(3) for the disclosure of experts shall be modified.  The last day to disclose

12   expert reports shall be February 24, 2010.  The last day to disclose expert rebuttal reports

13   shall be March 26, 2010.

14        9. **Dispositive Motions.**  The time deadline specified in LR 26-1(e)(4) shall be

15   extended to April 25, 2010.

16        10. **Pretrial Order.**  Pursuant to LR 26-1(e)(5), the parties' pretrial order shall

17   be due no later than May 25, 2010 or, in the event dispositive motions are filed, within

18   thirty (30) days after a decision on the dispositive motions.

19        11. **Fed. R. Civ. P. 26(a)(3) Disclosures.**  Disclosures required by Fed. R. Civ.

20   P. 26(a)(3), and any objections thereto, shall be included in the parties' pretrial order.

21        **IT IS SO ORDERED.**

22

23   DATED: August 18, 2009.

24

25   _____
     PHILIP M. PRO

26   United States District Judge

2