SYLVESTER & POLEDNAK, LTD.
Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
Allyson R. Noto, Esq. (Nevada Bar No. 8286)
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Tel.: (702) 952-5200
Fax: (702) 952-5205
jeff@sylvesterpolednak.com
allyson@sylvesterpolednak.com

MORRISON & FOERSTER LLP
James E. Hough, Esq. (Admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-0050
Tel.: (212) 468-8000
Fax: (212) 468-7900
jhough@mofo.com

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> KB HOME *et al.*, <br><br> Defendant. <br><br> AND ALL RELATED ACTIONS | 2:08-CV-01711-PMP-RJJ <br> **BASE FILE** <br><br> **1st JOINT INTERIM DISCOVERY STATUS REPORT** <br><br> Related Cases: <br><br> 2:08-CV-01709-PMP-RJJ <br> 2:08-CV-01713-PMP-RJJ <br> 2:08-CV-01714-PMP-RJJ <br> 2:08-CV-01715-PMP-RJJ <br> 2:08-CV-01716-PMP-RJJ <br> 2:08-CV-01717-PMP-RJJ <br><br> 2:09-CV-01154-PMP-RJJ <br> 2:09-CV-01547-PMP-RJJ <br> 2:09-CV-01548-PMP-RJJ <br> 2:09-CV-01549-PMP-RJJ <br> 2:09-CV-01550-PMP-RJJ <br> 2:09-CV-01551-PMP-RJJ <br> 2:09-CV-01552-PMP-RJJ |

/ / /

/ / /

Pursuant to the Court's October 9, 2009 Order concerning interim discovery status reports (Doc. # 147), the parties report as follows:

**1. DISCOVERY COMPLETED TO DATE**

    A.    <u>Document Requests</u>

        1.    On August 4, 2009, Plaintiff JPMorgan Chase Bank. N.A. ("JPMorgan") served its First Request for the Production of Documents.

        2.    On September 14, 2009, defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company (collectively "Pardee"); Toll Brothers, Inc. and Coleman-Toll Limited Partnership (collectively "Toll"); KB Home and KB Home Nevada Inc. (collectively "KB"); Meritage Homes Corp. and Meritage Homes of Nevada, Inc. (collectively "Meritage"); and Beazer Homes USA, Inc. and Beazer Homes Holdings Corp. (collectively "Beazer", together with Pardee, Toll, KB, and Meritage, the "Builder Defendants") served their 1st Joint Request for the Production of Documents.

    B.    <u>Responses to Document Requests and Document Productions</u>

        1.    On September 11, 2009, each of the Builder Defendants responded and objected to JPMorgan's document requests. In addition, the following defendants have produced documents in partial response to JPMorgan's requests as follows:

            a.    On September 25 and October 5, 2009, defendant Focus South Group, LLC produced just under 40,000 pages of documents;

            b.    On October 7, 2009, KB produced just over 4,500 pages of documents;

            c.    On October 8, 2009, Meritage produced just over 4,000 pages of documents;

            d.    On October 9, 2009, Beazer produced just over 10,000 pages of documents;

            e.    On October 26, 2009, Pardee produced just under 2,500 pages of documents;

f.  On October 29, 2009, Toll produced over 11,000 pages of documents.

2. On October 19, 2009, JPMorgan responded and objected to the Builder Defendants' requests and also produced 10,897 pages of documents in partial response to those requests.

## II. DISCOVERY THAT REMAINS OUTSTANDING

A. Document Requests

1. The parties are still in the process of conferring in connection with a number of discovery disputes concerning a limited number of document requests both in the first set served to the Builder Defendants by JPMorgan and in the first set served to JPMorgan by the Builder Defendants.

2. On October 28, 2009, the Builder Defendants served their first requests for production of documents to defendant and third-party defendant Focus South Group LLC.

B. Other Written Discovery

1. On October 12, 2009, JPMorgan served its first set of interrogatories. The Builder Defendants' responses to JPMorgan's 1st Set of Interrogatories are due November 16, 2009.

C.. Discovery of Electronically Stored Information

1. After several meet and confer sessions throughout the month of October, the parties are in the process of finalizing and memorializing their agreement for the review of electronically stored information.

D. Depositions

1. On October 28, the Builder Defendants served a notice of 30(b)(6) Deposition of JPMorgan.

E. Third Party Discovery

1. On October 28, the Builder Defendants served notices regarding the issuance of subpoenas to (1) George Larry Engel, (2) White & Case LLP, (3) Morrison Foerster, LLP and (4) Sidley Austin, LLP.

1  III.  **PENDING DISCOVERY MOTIONS**

2  Currently, there are no pending discovery motions.

3  IV.  **SETTLEMENT DETAILS**

4  Prior to litigation, the parties, through counsel, engaged financial consultants to assist in
5  loan workout negotiations. Although those negotiations failed, and this litigation ensued, the
6  parties continue to discuss and consider potential workout scenarios with the aid of their
7  consultants.

8  Dated: October 30, 2009                                      Respectfully submitted,

9

10 By:  /s/ Andrew J. Detherage                 By:  /s/ Jim E. Hough
         Megan K. Dorsey                                Jeffrey R. Sylvester
11       KOELLER, NEBEKER, CARLSON, &                   SYLVESTER & POLEDNAK, LTD.
         HALUCK, LLP                                    7371 Prairie Falcon Road, Suite 120
12       300 S. 4th St., # 500                          Las Vegas, Nevada 89128
         Las Vegas, NV 89101                            Tel.: (702) 952-5200
13       Tel: (702) 853-5500                            Fax: (702) 952-5205
         Fax: (702) 853-5599                            jeff@sylvesterpolednak.com
14
         Andrew J. Detherage                            James E. Hough
15       Karoline E. Jackson                            MORRISON & FOERSTER LLP
         Barnes & Thornburg LLP                         1290 Avenue of the Americas
16       11 S. Meridian Street                          New York, New York 10104-0050
         Indianapolis, IN 46204                         Tel.: (212) 468-8000
17       Tel: (317) 236-1313                            Fax: (212) 468-7900
         Fax: (317) 231-7433                            jhough@mofo.com
18
         *Counsel and Of Counsel for Defendants*        *Counsel and Of Counsel for Plaintiff*
19       *Beazer Homes Holdings Corp. and*              *JPMorgan Chase Bank, N.A.*
         *Beazer Homes USA, Inc.*
20

21

22
23 By:  /s/ Bruce E. Van Dalsem                 By:  /s/ Mark T. Drooks
         Donald Lattin                                  Donald Lattin
         MAUPIN OATS COX& LEGOY, PC                     MAUPIN OATS COX& LEGOY, PC
24       4785 Caughlin Pkwy                             4785 Caughlin Pkwy
         Reno, Nevada 89509                             Reno, Nevada 89509
25       Tel: (775) 827-2000                            Tel: (775) 827-2000

26       Bruce E. Van Dalsem                            Benjamin D. Lichtman
         Michael T. Lifrak                              Mark T. Drooks
27       Quinn Emanuel Urquhart Oliver                  Bird, Marella, Boxer, Wolpert, Nessim,
         & Hedges, LLP                                  Drooks, et al.
28       865 S. Figueroa Street, 10th Floor             1875 Century Park East

1ST JOINT INTERIM DISCOVERY STATUS REPORT

3

| | | | |
|---|---|---|---|
| 1 | Los Angeles, CA  90017<br>Tel: (213) 443-3000 | | Los Angeles, CA  90067<br>Tel: (310) 201-2100 |
| 2 | Fax: (213) 443-3100 | | Fax: (310) 301-2110 |

*Counsel and Of Counsel for Defendants KB Home and KB Home Nevada, Inc.*    *Counsel and Of Counsel for Defendants Coleman-Toll Limited Partnership and Toll Brothers, Inc.*

By:   /s/ Craig S. Newman                    By:   /s/ Anthony P. Sgro

Craig S. Newman
Fennemore Craig, P.C.
300 South Fourth Street, #1400
Las Vegas, NV  89101
Tel: (702) 692-8000
Fax: (702) 692-8099

*Counsel for Defendants Meritage Homes of Nevada, Inc. and Meritage Homes Corp.*

Anthony P. Sgro
Patti, Sgro, & Lewis
720 S. 7th Street, 3rd Floor
Las Vegas, NV  89101
New York, New York  10016
Tel: (702) 385-9595
Fax: (702) 386-2737

*Counsel for Defendants Focus South Group, LLC and John A. Ritter*

Bryan A. Merryman
White & Case
633 West Fifth Street
Los Angeles, CA  90250
Tel: (213) 620-7700
Fax: (213) 452-2329

*Counsel for Third-Party Defendant Focus South Group, LLC*

By:   /s/ Fredric C. Nelson

Pat Lundvall (NSBN 3761)
McDonald Carano Wilson LLP
2300 West Sahara Avenue,
Suite 1000
Las Vegas, Nevada 89102
Tel: (702) 873-4100
Fax: (702) 873-9966

 Fredric C. Nelson (CA SBN 48402)
 John R. Foote (CA SBN 99674)
 NIXON PEABODY LLP
 One Embarcadero Center, 18th Floor
 San Francisco, California 94111
 Tel: (415) 984-8200
 Fax: (415) 984-8300

*Counsel for Defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company*

1ST JOINT INTERIM DISCOVERY STATUS REPORT

4