SYLVESTER & POLEDNAK, LTD.
Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
Allyson R. Noto, Esq. (Nevada Bar No. 8286)
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Tel.: (702) 952-5200
Fax: (702) 952-5205
jeff@sylvesterpolednak.com
allyson@sylvesterpolednak.com

MORRISON & FOERSTER LLP
James E. Hough, Esq. (Admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-0050
Tel.: (212) 468-8000
Fax: (212) 468-7900
jhough@mofo.com

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>   Plaintiff,<br><br>   v.<br><br>KB HOME *et al.*,<br><br>   Defendant.<br><br>AND ALL RELATED ACTIONS | 2:08-CV-01711-PMP-RJJ<br>BASE FILE<br><br>2nd JOINT INTERIM DISCOVERY STATUS REPORT<br><br>Related Cases:<br><br>2:08-CV-01709-PMP-RJJ<br>2:08-CV-01713-PMP-RJJ<br>2:08-CV-01714-PMP-RJJ<br>2:08-CV-01715-PMP-RJJ<br>2:08-CV-01716-PMP-RJJ<br>2:08-CV-01717-PMP-RJJ<br><br>2:09-CV-01154-PMP-RJJ<br>2:09-CV-01547-PMP-RJJ<br>2:09-CV-01548-PMP-RJJ<br>2:09-CV-01549-PMP-RJJ<br>2:09-CV-01550-PMP-RJJ<br>2:09-CV-01551-PMP-RJJ<br>2:09-CV-01552-PMP-RJJ |

///

///

Pursuant to the Court's October 9, 2009 Order concerning interim discovery status reports (Doc. # 147), the parties report as follows:

## I. DISCOVERY COMPLETED TO DATE

### A. Document Requests

1. On August 4, 2009, Plaintiff JPMorgan Chase Bank. N.A. ("JPMorgan") served its First Request for the Production of Documents.

2. On September 14, 2009, defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company (collectively "Pardee"); Toll Brothers, Inc. and Coleman-Toll Limited Partnership (collectively "Toll"); KB Home and KB Home Nevada Inc. (collectively "KB"); Meritage Homes Corp. and Meritage Homes of Nevada, Inc. (collectively "Meritage"); and Beazer Homes USA, Inc. and Beazer Homes Holdings Corp. (collectively "Beazer", together with Pardee, Toll, KB, and Meritage, the "Builder Defendants") served their 1st Joint Request for the Production of Documents.

3. On October 28, 2009, the Builder Defendants served their first requests for production of documents to defendant and third-party defendant Focus South Group LLC.

### B. Responses to Document Requests and Document Productions

1. On September 11, 2009, each of the Builder Defendants responded and objected to JPMorgan's document requests. In addition, the following defendants have produced documents in partial response to JPMorgan's requests as follows:

   a. On September 25 and October 5, 2009, defendant Focus South Group, LLC produced just under 40,000 pages of documents;

   b. On October 7, 2009, KB produced just over 4,500 pages of documents;

   c. On October 8, 2009, Meritage produced just over 4,000 pages of documents;

   d. On October 9, 2009, Beazer produced just over 10,000 pages of documents;

   e. On October 26, 2009, Pardee produced just under 2,500 pages of documents;

2ND JOINT INTERIM DISCOVERY STATUS REPORT

1

      f.    On October 29, 2009, Toll produced just over 11,000 pages of documents.

      g.    On November 11 and 20, 2009, Toll produced just over 37,000 pages of documents.

      h.    On November 20, 2009, Pardee produced just over 11,000 pages of documents.

      i.    On November 25, 2009, Beazer produced just over 11,000 pages of documents.

      j.    On December 10, 2009, Pardee produced just over 5,000 pages of documents.

    2.    On October 19, 2009, JPMorgan responded and objected to the Builder Defendants' requests and also produced 10,897 pages of documents in partial response to those requests.

    C.    Other Written Discovery

      1.    On October 12, 2009, JPMorgan served its first set of interrogatories.

      2.    The Builder Defendants responded to JPMorgan's 1st Set of Interrogatories between November 16 and 25, 2009.

## II.    DISCOVERY THAT REMAINS OUTSTANDING

    A.    Document Requests

      1.    The parties are still in the process of conferring in connection with a number of discovery disputes concerning a limited number of document requests and other written discovery.

    B.    Discovery of Electronically Stored Information

      1.    The parties are still in the process of finalizing and memorializing their agreement for the review of electronically stored information.

    C.    Depositions

      1.    On October 28, 2009, the Builder Defendants served a notice of 30(b)(6) Deposition of JPMorgan.

2. On November 6, 2009, the Builder Defendants served Notices of Deposition of Scott Bogatz and Michael Wilkinson.

3. On November 20, 2009, JPMorgan served its response to the 30(b)(6) Deposition Notice.

4. On November 20, 2009, Focus served Responses and Objections to Defendants' Notices of Deposition of Mr. Bogatz and Mr. Wilkinson.

D. Third Party Discovery

1. On October 28, the Builder Defendants served notices regarding the issuance of subpoenas in to (1) George Larry Engel, (2) White & Case LLP, (3) Morrison & Foerster, LLP and (4) Sidley Austin, LLP.

2. White & Case LLP objected and refused to produce any documents in response to the subpoena issued to it.

3. On December 11, the Builder Defendants withdrew without prejudice the subpoenas to Mr. Engel and Morrison & Foerster, LLP.

4. Plaintiff is currently coordinating the production of documents in response to the subpoena issued to Sidley & Austin.

**III. PENDING DISCOVERY MOTIONS**

A. Motion to Compel Lender Discovery.

1. Briefing was completed on Builder Defendants' Motion to Compel Plaintiff JPMorgan Chase Bank, N.A. to Produce Documents in the Possession or Control of the Other Lenders on December 7, 2009. A hearing is currently set before Magistrate Judge Johnston for January 8, 2010.

B. Motion for Protective Order

1. Plaintiff JPMorgan filed a Motion for Protective Order on December 16, 2009 in connection with document discovery sought by KB Home. At the same time as it filed the Motion for Protective Order, JPMorgan filed a Motion for an Order Shortening Time and for a Temporary Protective Order.

C.   Motion to Compel

1.   On December 17, 2009, the Builder Defendants filed a Motion to Compel the depositions of Mr. Wilkinson and Mr. Bogatz.

**IV.   SETTLEMENT DETAILS**

1.   Prior to litigation, the parties, through counsel, engaged financial consultants to assist in loan workout negotiations.  Although those negotiations failed, and this litigation ensued, the parties continue to discuss and consider potential workout scenarios with the aid of their consultants.

Dated:  December 18, 2009                                 Respectfully submitted,

| By: /s/ Andrew J. Detherage_____ | By: /s/ James E. Hough_____ |
|---|---|
| Megan K. Dorsey<br>KOELLER, NEBEKER, CARLSON, & HALUCK, LLP<br>300 S. 4th St., # 500<br>Las Vegas, NV 89101<br>Tel: (702) 853-5500<br>Fax: (702) 853-5599 | Jeffrey R. Sylvester<br>SYLVESTER & POLEDNAK, LTD.<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, Nevada 89128<br>Tel.: (702) 952-5200<br>Fax: (702) 952-5205<br>jeff@sylvesterpolednak.com |
| Andrew J. Detherage<br>Karoline E. Jackson<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br>Tel: (317) 236-1313<br>Fax: (317) 231-7433 | James E. Hough<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-0050<br>Tel.: (212) 468-8000<br>Fax: (212) 468-7900<br>jhough@mofo.com |
| *Counsel and Of Counsel for Defendants Beazer Homes Holdings Corp. and Beazer Homes USA, Inc.* | *Counsel and Of Counsel for Plaintiff JPMorgan Chase Bank, N.A.* |

| By: /s/ Bruce E. Van Dalsem_____ | By: /s/ Mark T. Drooks_____ |
|---|---|
| Donald Lattin<br>MAUPIN OATS COX& LEGOY, PC<br>4785 Caughlin Pkwy<br>Reno, Nevada 89509<br>Tel: (775) 827-2000 | Donald Lattin<br>MAUPIN OATS COX& LEGOY, PC<br>4785 Caughlin Pkwy<br>Reno, Nevada 89509<br>Tel: (775) 827-2000 |
| Bruce E. Van Dalsem<br>Michael T. Lifrak<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000 | Benjamin D. Lichtman<br>Mark T. Drooks<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, et al.<br>1875 Century Park East<br>Los Angeles, CA 90067<br>Tel: (310) 201-2100 |

| | | | |
|---|---|---|---|
| 1 | Fax: (213) 443-3100 | | Fax: (310) 301-2110 |

*Counsel and Of Counsel for Defendants KB Home and KB Home Nevada, Inc.*

*Counsel and Of Counsel for Defendants Coleman-Toll Limited Partnership and Toll Brothers, Inc.*

By: /s/ Craig S. Newman
Craig S. Newman
Fennemore Craig, P.C.
300 South Fourth Street, #1400
Las Vegas, NV 89101
Tel: (702) 692-8000
Fax: (702) 692-8099

*Counsel for Defendants Meritage Homes of Nevada, Inc. and Meritage Homes Corp.*

By: /s/ Anthony P. Sgro
Anthony P. Sgro
Patti, Sgro, & Lewis
720 S. 7th Street, 3rd Floor
Las Vegas, NV 89101
New York, New York 10016
Tel: (702) 385-9595
Fax: (702) 386-2737

*Counsel for Defendants Focus South Group, LLC and John A. Ritter*

Bryan A. Merryman
White & Case
633 West Fifth Street
Los Angeles, CA 90250
Tel: (213) 620-7700
Fax: (213) 452-2329

*Counsel for Third-Party Defendant Focus South Group, LLC*

By: /s/ Fredric C. Nelson
Pat Lundvall (NSBN 3761)
McDonald Carano Wilson LLP
2300 West Sahara Avenue,
Suite 1000
Las Vegas, Nevada 89102
Tel: (702) 873-4100
Fax: (702) 873-9966

Fredric C. Nelson (CA SBN 48402)
John R. Foote (CA SBN 99674)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Tel: (415) 984-8200
Fax: (415) 984-8300

*Counsel for Defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company*