1   SYLVESTER & POLEDNAK, LTD.
    Jeffrey R. Sylvester, Esq. (Nevada Bar No. 4396)
2   Allyson R. Noto, Esq. (Nevada Bar No. 8286)
    7371 Prairie Falcon Road, Suite 120
3   Las Vegas, Nevada 89128
    Tel.: (702) 952-5200
4   Fax: (702) 952-5205
    jeff@sylvesterpolednak.com
5   allyson@sylvesterpolednak.com

6   MORRISON & FOERSTER LLP
    James E. Hough, Esq. (Admitted *pro hac vice*)
7   1290 Avenue of the Americas
    New York, New York 10104-0050
8   Tel.: (212) 468-8000
    Fax: (212) 468-7900
9   jhough@mofo.com

10  Attorneys for Plaintiff
    JPMORGAN CHASE BANK, N.A.
11

12                 UNITED STATES DISTRICT COURT

13                        DISTRICT OF NEVADA

14

15  JPMORGAN CHASE BANK, N.A.,              2:08-CV-01711-PMP-RJJ
                                            BASE FILE
16                 Plaintiff,
                                            **4th JOINT INTERIM DISCOVERY
17        v.                                STATUS REPORT**

18  KB HOME *et al.*,                       Related Cases:
                                            2:08-CV-01709-PMP-RJJ
19                 Defendant.               2:08-CV-01713-PMP-RJJ
                                            2:08-CV-01714-PMP-RJJ
20                                          2:08-CV-01715-PMP-RJJ
    This Document Relates To:               2:08-CV-01716-PMP-RJJ
21  All Actions                            2:08-CV-01717-PMP-RJJ

22                                          2:09-CV-01154-PMP-RJJ
                                            2:09-CV-01547-PMP-RJJ
23                                          2:09-CV-01548-PMP-RJJ
                                            2:09-CV-01549-PMP-RJJ
24                                          2:09-CV-01550-PMP-RJJ
                                            2:09-CV-01551-PMP-RJJ
25                                          2:09-CV-01552-PMP-RJJ
    / / /
26
    / / /
27
    / / /
28

Pursuant to the Court's October 9, 2009 Order concerning interim discovery status reports (Doc. # 147), the parties report as follows:

**I.      DISCOVERY COMPLETED TO DATE**

      A.      Document Requests

            1.      On August 4, 2009, Plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") served its First Request for the Production of Documents.

            2.      On September 14, 2009, defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company (collectively "Pardee"); Toll Brothers, Inc. and Coleman-Toll Limited Partnership (collectively "Toll"); KB Home and KB Home Nevada Inc. (collectively "KB"); Meritage Homes Corp. and Meritage Homes of Nevada, Inc. (collectively "Meritage"); and Beazer Homes USA, Inc. and Beazer Homes Holdings Corp. (collectively "Beazer", together with Pardee, Toll, KB, and Meritage, the "Builder Defendants") served their 1st Joint Request for the Production of Documents.

            3.      On October 28, 2009, the Builder Defendants served their first requests for production of documents to defendant and third-party defendant Focus South Group LLC.

            4.      On February 8, 2010, the Builder Defendants served their second requests for production of documents to JP Morgan.

            5.      On February 23, 2010, JPMorgan served its second requests for production of documents to KB Home Nevada, Coleman-Toll Limited Partnership, Beazer Homes Holdings Corp., Meritage Homes of Nevada, Inc., Pardee Homes of Nevada, and Focus South Group, LLC.

      B.      Responses to Document Requests and Document Productions

            1.      On September 11, 2009, each of the Builder Defendants responded and objected to JPMorgan's document requests.  In addition, the following defendants have produced documents in partial response to JPMorgan's requests as follows:

                a.      On September 25 and October 5, 2009, defendant Focus South Group, LLC produced just under 40,000 pages of documents;

                b.      On October 7, 2009, KB produced just over 4,500 pages of documents;

1      c.  On October 8, 2009, Meritage produced just over 4,000 pages of

2  documents;

3      d.  On October 9, 2009, Beazer produced just over 10,000 pages of

4  documents;

5      e.  On October 23, 2009, Focus South Group LLC produced just over 3,000

6  pages of documents;

7      f.  On October 26, 2009, Pardee produced just under 2,500 pages of

8  documents;

9      g.  On October 29, 2009, Toll produced just over 11,000 pages of documents.

10      h.  On November 11 and 20, 2009, Toll produced just over 37,000 pages of

11  documents.

12      i.  On November 20, 2009, Pardee produced just over 11,000 pages of

13  documents.

14      j.  On November 25, 2009, Beazer produced just over 11,000 pages of

15  documents.

16      k.  On December 10, 2009, Pardee produced just over 5,000 pages of

17  documents.

18      l.  On December 23, 2009, Beazer produced just under 22,500 pages of

19  documents.

20      m.  On January 4, 2010, Toll produced just over 60,000 pages of documents.

21      n.  On January 5, 2010, Toll produced just over 42,000 pages of documents.

22      o.  On January 13, 2010, Toll produced just over 321,000 pages of documents.

23      p.  On January 15, 2010, Toll produced just under 12,000 pages of documents.

24      q.  On January 12, 2010, Pardee produced just over 5,000 pages of documents.

25      r.  On January 14, 2010, Focus produced just over 3,000 pages of documents.

26     2.  On October 19, 2009, JPMorgan responded and objected to the Builder

27  Defendants' requests.

28      a.  On October 19, 2009, JPMorgan produced 10,897 pages of documents.

2

b.   On February 25, 2010, JPMorgan produced just under 4,000 pages of documents.

c.   On March 19, 2010, JPMorgan produced just under 10,000 pages of documents.

C.   Other Written Discovery

1.   On October 12, 2009, JPMorgan served its first set of interrogatories.

2.   The Builder Defendants responded to JPMorgan's 1st Set of Interrogatories between November 16 and 25, 2009.

3.   On February 8 and 23, 2010, KB Home and KB Home Nevada, Inc. served their first and second sets of interrogatories to JP Morgan.

4.   On March 15, 2010, JPMorgan responded to KB Home's 1st Set of Interrogatories.

II.   DISCOVERY THAT REMAINS OUTSTANDING

A.   Document Requests

1.   The parties are still in the process of conferring in connection with a number of discovery disputes concerning a limited number of document requests and other written discovery.

B.   Discovery of Electronically Stored Information

1.   The parties are still in the process of finalizing and memorializing their agreement for the review of electronically stored information.

C.   Depositions

1.   On October 28, 2009, the Builder Defendants served a notice of 30(b)(6) Deposition of JPMorgan.

2.   On November 6, 2009, the Builder Defendants served Notices of Deposition of Scott Bogatz and Michael Wilkinson.

3.   On November 20, 2009, JPMorgan served its response to the 30(b)(6) Deposition Notice.

4.       On November 20, 2009, Focus served Responses and Objections to Defendants' Notices of Deposition of Mr. Bogatz and Mr. Wilkinson.

D.      <u>Third Party Discovery</u>

1.       On October 28, 2009, the Builder Defendants served notices regarding the issuance of subpoenas in to (1) George Larry Engel, (2) White & Case LLP, (3) Morrison & Foerster, LLP and (4) Sidley Austin, LLP.

2.       White & Case LLP objected and refused to produce any documents in response to the subpoena issued to it.

3.       On December 11, 2009, the Builder Defendants withdrew without prejudice the subpoenas to Mr. Engel and Morrison & Foerster, LLP.

4.       On February 18, 2010, KB served their notices of Issuance of Subpoenas to testify at deposition and production of documents to Bank of America, Bank of Communications, California Bank & Trust, Calyon Bank Aka Credit Agricole Corporate Investment Bank, Cathay United Bank Ltd, Comercia Bank, Key Bank, KZH Cypresstree-1, KZH Pondview, KZH Sterling, PNC Bank, US Bank, Wachovia Bank N.A.

5.       On February 5, 2010 and March 1, 2010, just over 89,000 pages of documents were produced in response to the subpoena issued to Sidley Austin LLP.

6.       Between February 25, 2009 and March 16, 2010, the Builder Defendants served subpoenas to testify and produce documents on third-party witnesses (1) F. Patt Schiewitz, (2) Courtenay Wood, (3) Jonathan Westberg, (4) Bob Maganuco, and (5) Elena Bennett.

7.       On March 11, 2010, responses and objections were served to the subpoena to produce to documents issued to Courtenay Wood.

8.       On March 11, 2010, responses and objections were served to the subpoena to produce to documents issued to Jonathan Westberg.

9.       On March 16, 2010, responses and objections were served to the subpoena to produce to documents issued to Bob Maganuco.

10.     On March 19, 2010, responses and objections were served to the subpoena to produce to documents issued to F. Patt Schiewitz.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**III.    PENDING DISCOVERY MOTIONS**

    **A.**    Motion to Compel Lender Discovery.

        1.    Briefing was completed on Builder Defendants' Motion to Compel Plaintiff JPMorgan Chase Bank, N.A. to Produce Documents in the Possession or Control of the Other Lenders on December 7, 2009.  A hearing regarding the Motion to Compel was held before the Court on January 15, 2010.

    **B.**    Motion for Protective Order

        1.    Plaintiff JPMorgan filed a Motion for Protective Order on December 16, 2009 in connection with document discovery sought by KB Home.  At the same time as it filed the Motion for Protective Order, JPMorgan filed a Motion for an Order Shortening Time and for a Temporary Protective Order.  JPMorgan's Motion for a Temporary Protective Order was denied on January 9, 2010.  Briefing on the Motion for Protective Order was completed on January 14, 2010.  On February 24, 2010, the Builder Defendants filed a Supplemental Memorandum in Opposition to JPMorgan's Motion for a Protective Order.

    **C.**    Motion to Compel

        1.    On December 17, 2009, the Builder Defendants filed a Motion to Compel the depositions of Mr. Wilkinson and Mr. Bogatz.  Briefing on that motion was completed on January 11, 2010.

**IV.    SETTLEMENT DETAILS**

        1.    Prior to litigation, the parties, through counsel, engaged financial consultants to assist in loan workout negotiations.  Although those negotiations failed, and this litigation ensued, the parties continue to discuss and consider potential workout scenarios with the aid of their consultants.

        2.    The parties are presently endeavoring to schedule a global mediation of all disputes encompassing All Actions and the related arbitration.

Dated:  March 19, 2010          Respectfully submitted,

By:   /s/ Andrew J. Detherage_____      By:   /s/ James E. Hough_____
     Megan K. Dorsey                Jeffrey R. Sylvester
     KOELLER, NEBEKER, CARLSON, &     SYLVESTER & POLEDNAK, LTD.

5

| | | |
|---|---|---|
| 1 | HALUCK, LLP | 7371 Prairie Falcon Road, Suite 120 |
| | 300 S. 4th St., # 500 | Las Vegas, Nevada  89128 |
| 2 | Las Vegas, NV 89101 | Tel.:  (702) 952-5200 |
| | Tel:  (702) 853-5500 | Fax:  (702) 952-5205 |
| 3 | Fax:  (702) 853-5599 | jeff@sylvesterpolednak.com |

Andrew J. Detherage
Karoline E. Jackson
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204
Tel: (317) 236-1313
Fax:  (317) 231-7433

James E. Hough
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104-0050
Tel.: (212) 468-8000
Fax: (212) 468-7900
jhough@mofo.com

*Counsel and Of Counsel for Defendants
Beazer Homes Holdings Corp. and
Beazer Homes USA, Inc.*

*Counsel and Of Counsel for Plaintiff
JPMorgan Chase Bank, N.A.*

By:    /s/ Bruce E. Van Dalsem
Donald Lattin
MAUPIN OATS COX& LEGOY, PC
4785 Caughlin Pkwy
Reno, Nevada 89509
Tel: (775) 827-2000

By:    /s/ Mark T. Drooks
Donald Lattin
MAUPIN OATS COX& LEGOY, PC
4785 Caughlin Pkwy
Reno, Nevada 89509
Tel: (775) 827-2000

Bruce E. Van Dalsem
Michael T. Lifrak
Quinn Emanuel Urquhart Oliver
& Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Tel:  (213) 443-3000
Fax:  (213) 443-3100

Benjamin D. Lichtman
Mark T. Drooks
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, et al.
1875 Century Park East
Los Angeles, CA  90067
Tel:  (310) 201-2100
Fax:  (310) 301-2110

*Counsel and Of Counsel for Defendants
KB Home and KB Home Nevada, Inc.*

*Counsel and Of Counsel for Defendants
Coleman-Toll Limited Partnership and
Toll Brothers, Inc.*

By:    /s/ Craig S. Newman
Craig S. Newman
Fennemore Craig, P.C.
300 South Fourth Street, #1400
Las Vegas, NV 89101
Tel: (702) 692-8000
Fax: (702) 692-8099

By:    /s/ Anthony P. Sgro
Anthony P. Sgro
Patti, Sgro, & Lewis
720 S. 7th Street, 3rd Floor
Las Vegas, NV 89101
New York, New York  10016
Tel: (702) 385-9595
Fax:  (702) 386-2737

*Counsel for Defendants Meritage
Homes of Nevada, Inc. and Meritage
Homes Corp.*

*Counsel for Defendants Focus South
Group, LLC and John A. Ritter*

Bryan A. Merryman
White & Case
633 West Fifth Street

6

1

2

Los Angeles, CA  90250
Tel:  (213) 620-7700
Fax:  (213) 452-2329

3

*Counsel for Third-Party Defendant
Focus South Group, LLC*

4

By:      /s/ Fredric C. Nelson_____

5

Pat Lundvall (NSBN 3761)
McDonald Carano Wilson LLP

6

2300 West Sahara Avenue,
Suite 1000

7

Las Vegas, Nevada 89102
Tel:  (702) 873-4100

8

Fax:  (702) 873-9966

9

Fredric C. Nelson (CA SBN 48402)

10

John R. Foote (CA SBN 99674)
NIXON PEABODY LLP

11

One Embarcadero Center, 18th Floor
San Francisco, California 94111

12

Tel:  (415) 984-8200
Fax:  (415) 984-8300

13

*Counsel for Defendants Pardee*

14

*Homes of Nevada and*
*Weyerhaeuser Real Estate Company*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7