```
                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA

                                 * * *
```

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ BASE FILE |
| Plaintiff, | 2:08-CV-01709-PMP-RJJ |
|  | 2:08-CV-01713-PMP-RJJ |
| v. | 2:08-CV-01714-PMP-RJJ |
|  | 2:08-CV-01715-PMP-RJJ |
| KB HOME et al., | 2:08-CV-01716-PMP-RJJ |
|  | 2:08-CV-01717-PMP-RJJ |
| Defendants. | 2:09-CV-01154-PMP-RJJ |
|  | 2:09-CV-01547-PMP-RJJ |
|  | 2:09-CV-01548-PMP-RJJ |
|  | 2:09-CV-01549-PMP-RJJ |
|  | 2:09-CV-01550-PMP-RJJ |
| AND ALL RELATED ACTIONS | 2:09-CV-01551-PMP-RJJ |
|  | 2:09-CV-01552-PMP-RJJ |

The Court having received the Opposition of Defendant Meritage Homes of Nevada, Inc. (Doc. #275) to the Joint Emergency Motion for Order Granting Arbitration Panel Discretion to Delay Issuance of Arbitration Award (Doc. #273), which the Court granted earlier today (Doc. #274), and good cause appearing:

IT IS HEREBY ORDERED that Defendant Meritage Homes of Nevada, Inc.'s Opposition (Doc. #275) is hereby set for hearing on Wednesday, June 2, 2010 at 11:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.  If out-of-state counsel wish to appear by telephone please contact the Court's clerk at 702-464-5426 for instructions.

IT IS FURTHER ORDERED that this Court's Order (Doc. #274) entered this date is hereby amended to provide that the arbitration award originally scheduled to be

1 issued this date by the arbitration panel shall be placed under seal by the arbitration panel
2 and not be subject to further modification pending release or further order of this Court.
3       IT IS FURTHER ORDERED that the parties immediately shall provide a copy of
4 this Order to the arbitration panel.

6 DATED: May 26, 2010

8                         PHILIP M. PRO
9                         United States District Judge