UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ BASE FILE |
| Plaintiff, | |
| v. | 2:08-CV-01717-PMP-RJJ 2:08-CV-01714-PMP-RJJ 2:08-CV-01715-PMP-RJJ |
| KB HOME et al., | 2:08-CV-01709-PMP-RJJ 2:08-CV-01713-PMP-RJJ |
| Defendants. | 2:08-CV-01716-PMP-RJJ |
| AND ALL RELATED ACTIONS | ORDER |

Having read and considered Plaintiff JPMorgan's Request for Review of Magistrate Judge's May 18, 2010 Order (Doc. #278), and the Home Builder Defendants' Opposition thereto, and finding that the ruling of the Magistrate Judge is neither clearly erroneous or contrary to law,

IT IS ORDERED that Plaintiff JPMorgan's Objections (Doc. #278) are overruled and the Order of the Magistrate Judge (Doc. #264) entered May 18, 2010 is affirmed.

IT IS FURTHER ORDERED that the production of the documents at issue shall be made within twenty-one days of the date of this Order.

DATED: October 25, 2010

_____
PHILIP M. PRO
United States District Judge