UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ |
| Plaintiff, | **BASE FILE** |
| vs. | 2:08-CV-01717-PMP-RJJ |
| | 2:08-CV-01714-PMP-RJJ |
| | 2:08-CV-01715-PMP-RJJ |
| | 2:08-CV-01709-PMP-RJJ |
| KB HOME, et al., | 2:08-CV-01713-PMP-RJJ |
| | 2:08-CV-01716-PMP-RJJ |
| Defendants. | 2:09-CV-01154-PMP-RJJ |
| | 2:09-CV-01547-PMP-RJJ |
| | 2:09-CV-01548-PMP-RJJ |
| | 2:09-CV-01549-PMP-RJJ |
| | 2:09-CV-01550-PMP-RJJ |
| | 2:09-CV-01551-PMP-RJJ |
| | 2:09-CV-01552-PMP-RJJ |
| | **ORDER** |
| AND ALL RELATED ACTIONS | |

Before the Court for consideration is Plaintiff JPMorgan Chase Bank, N.A.'s Motion to Compel Production of Arbitration Documents from Defendants (Doc. #286). By this motion, JPMorgan seeks to compel Defendants to produce documents submitted as evidence during the arbitration between Focus Group South, LLC and the Home Builder Defendants. Having read and considered the fully-briefed motion, and the arguments of counsel presented at the hearing

conducted August 6, 2010, the Court finds that Plaintiff JPMorgan's motion should be denied.

Denial of JPMorgan's motion will not deprive Plaintiff of documents or evidence otherwise discoverable in this action. A wholesale production of documents or evidence presented before the arbitration tribunal is simply not necessary to enable Plaintiff JPMorgan to obtain discovery to which it is entitled in this case. Moreover, an order requiring Defendants to produce all materials presented before the arbitration panel would disregard any claim said Defendants may have to a joint defense privilege.

**IT IS THEREFORE ORDERED** that Plaintiff JPMorgan's Motion to Compel Production of Arbitration Documents from Defendants (Doc. #286) is **DENIED**.

DATED: November 2, 2010.

_____
PHILIP M. PRO
United States District Judge