UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>KB HOME, et al.,<br><br>    Defendants.<br><br><br><br><br><br>AND ALL RELATED ACTIONS | 2:08-CV-01711-PMP-RJJ<br>**BASE FILE**<br><br>2:08-CV-01717-PMP-RJJ<br>2:08-CV-01714-PMP-RJJ<br>2:08-CV-01715-PMP-RJJ<br>2:08-CV-01709-PMP-RJJ<br>2:08-CV-01713-PMP-RJJ<br>2:08-CV-01716-PMP-RJJ<br><br>2:09-CV-01154-PMP-RJJ<br>2:09-CV-01547-PMP-RJJ<br>2:09-CV-01548-PMP-RJJ<br>2:09-CV-01549-PMP-RJJ<br>2:09-CV-01550-PMP-RJJ<br>2:09-CV-01551-PMP-RJJ<br>2:09-CV-01552-PMP-RJJ<br><br><br>**ORDER** |

Before the Court for consideration is the Motion of Focus South Group, LLC to Confirm Arbitration Award (Doc. #313). Also before the Court is the Motion of Defendant Home Builders to Vacate the Arbitration Award In Part (Doc. #323) and the Motion of Defendant Meritage Homes of Nevada, Inc. To Partially Vacate the Arbitration Award, or Alternatively, To Modify or Correct the Award (Doc. #327). Having read and considered the foregoing fully-briefed motions, and

good cause appearing,

**IT IS THEREFORE ORDERED** that Petitioner Focus South Group LLC's Motion to Confirm the Arbitration Award (Doc. #313) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment against Respondents KB Home Nevada, Inc., Coleman-Toll Limited Partnership, Pardee Homes of Nevada, Beazer Homes Holding Corporation, and Meritage Homes of Nevada, Inc. in the sum of $36,815,354.00, from this date until the judgment is satisfied at the rate set by 28 U.S.C. §1961.  To the extent Focus South Group seeks an award of pre-judgment interest pursuant to the provisions of N.R.S.  17.130, said motion is **DENIED.**

**IT IS FURTHER ORDERED** that Respondent Meritage Homes of Nevada, Inc. and Meritage Homes Corporation's Motion to Partially Vacate Award, or Alternatively Motion to Modify or Correct the Award (Doc. #327) is **DENIED**.

**IT IS FURTHER ORDERED** that Respondent's Motion to Vacate the Arbitration Award In Part (Doc. #323) is **DENIED**.

DATED: November 2, 2010.

_____
PHILIP M. PRO
United States District Judge