[counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KB HOME, *et al.*,<br><br>　　　　　Defendants.<br><br>Relates To:<br><br>All Actions | 2:08-CV-01711-PMP-RJJ<br>BASE FILE<br><br>**STIPULATION AND ORDER EXTENDING TIME TO PRODUCE OTHER LENDER DISCOVERY AND SETTING DATE FOR JOINT PROPOSED DISCOVERY SCHEDULE**<br><br>**(First Request)**<br><br>**Related Cases:**<br>2:08-CV-01709-PMP-RJJ<br>2:08-CV-01713-PMP-RJJ<br>2:08-CV-01714-PMP-RJJ<br>2:08-CV-01715-PMP-RJJ<br>2:08-CV-01716-PMP-RJJ<br>2:08-CV-01717-PMP-RJJ<br><br>2:09-CV-01154-PMP-RJJ<br>2:09-CV-01547-PMP-RJJ<br>2:09-CV-01548-PMP-RJJ<br>2:09-CV-01549-PMP-RJJ<br>2:09-CV-01550-PMP-RJJ<br>2:09-CV-01551-PMP-RJJ<br>2:09-CV-01552-PMP-RJJ |

Pursuant to Local Rules 6-1 and 7-1, plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") and defendants Meritage Homes of Nevada, Inc., Meritage Homes Corp., Coleman-Toll Limited Partnership, Toll Brothers, Inc., KB Home, KB Home of Nevada, Inc., Pardee Homes of Nevada, Weyerhaeuser Real Estate Company, Beazer Homes Holding Corp., Beazer Homes USA, Inc., John Ritter, and Focus South Group LLC (collectively, the "Defendants"), by and through their undersigned attorneys, stipulate as follows:

1. Pursuant to the Court's October 25, 2010 Order Affirming the Magistrate's Order to Produce Documents in the Possession or Control of the Other Lenders (the "Order," ECF# 366), the deadline for JPMorgan to produce the requested non-privileged, responsive documents ("Lender Discovery") is Monday, November 15, 2010.

2. Pursuant to Local Rule 6-1, this is the first request to extend the Order's November 15, 2010 deadline.

3. Counsel for all parties conferred over the phone or by email between November 10 and 11 regarding the November 15, 2010 deadline.

4. It is hereby stipulated and agreed by and between the undersigned counsel for the parties that:

   a. JPMorgan requires more time to produce Lender Discovery due to the number of lenders and anticipated volume of documents;

   b. JPMorgan anticipates substantially completing production by December 31, 2010;

   c. JPMorgan will notify the Court and the defendants when such production is complete; and

   d. Fourteen (14) calendar days thereafter, the parties will jointly submit a revised proposed discovery schedule for the Court's approval.

5. The parties respectfully submit that good cause exists to modify the Order because JPMorgan cannot complete its production of Lender Discovery by November 15, 2010 notwithstanding the following efforts JPMorgan has made since the Order was issued:

   a. JPMorgan has communicated with all relevant lenders, informed them of the Order and the Court's deadline, and requested that the lenders promptly begin the process of collecting and gathering responsive documents.

   b. Certain lenders may require, and one has already required, that JPMorgan issue a Rule 45 subpoena to obtain the requested documents;

   c. By November 8, 2010, only five lenders were able to provide their potentially responsive documents to JPMorgan. These documents are being reviewed for responsiveness and privilege, and will be produced soon.

   d. At least 20 lenders have informed JPMorgan that they will not be able to provide documents to JPMorgan until close to or after the November 15, 2010 deadline. JPMorgan is still working with the remaining lenders to determine when they estimate being able to complete the collection and review process.

6. JPMorgan estimates, based on the volume of documents received so far, that it may receive close to 250,000 pages of documents once all lenders complete their collection. Even if JPMorgan had documents from all lenders today, it could not review and produce this volume of documents by November 15, 2010. JPMorgan estimates such a review could take until the end of December, 2010 to complete, assuming lenders complete their production to JPMorgan by November 19, 2010.

7. As a result of the foregoing, it is hereby stipulated and agreed by and between the undersigned counsel for the parties that good cause exists to extend the November 15, 2010 deadline to comply with the Order to provide JPMorgan with more time to produce Lender Discovery, and that JPMorgan will notify the Court and the defendants when such production is complete. It is further stipulated and agreed that fourteen (14) calendar days following such notice, the parties will jointly submit a revised proposed discovery scheduling order for the Court's consideration.

Dated: November 12, 2010

| | | | |
|---|---|---|---|
|1| | | |
|2| | | |
|3|By:|/s/ Andrew J. Detherage|By:|/s/ James E. Hough|

By: /s/ Andrew J. Detherage
Andrew J. Detherage
Karoline E. Jackson
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
Andy.Detherage@btlaw.com

Megan K. Dorsey
KOELLER, NEBEKER, CARLSON, & HALUCK, LLP
300 S. 4th St., # 500
Las Vegas, Nevada 89101
Tel: (702) 853-5500
Fax: (702) 853-5599

*Counsel for Defendants Beazer Homes Holdings Corp. and Beazer Homes USA, Inc.*

By: /s/ James E. Hough
James E. Hough
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Tel.: (212) 468-8000
Fax: (212) 468-7900
jhough@mofo.com

Jeffrey R. Sylvester
SYLVESTER & POLEDNAK, Ltd.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Tel.: (702) 952-5200
Fax: (702) 952-5205
jeff@sylvesterpolednak.com

*Counsel for Plaintiff JPMorgan Chase Bank, N.A.*

By: /s/ Bruce E. Van Dalsem
Bruce E. Van Dalsem
Michael T. Lifrak
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
brucevandalsem@quinnemanuel.com

Donald Lattin
MAUPIN OATS COX& LEGOY, PC
4785 Caughlin Pkwy
Reno, Nevada 89509
Tel: (775) 827-2000

*Counsel for Defendants KB Home and KB Home Nevada, Inc.*

By: /s/ Mark T. Drooks
Mark T. Drooks
Thomas V. Reichert
Benjamin D. Lichtman
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East
Los Angeles, California 90067
Tel: (310) 201-2100
Fax: (310) 301-2110
mtd@birdmarella.com

Donald Lattin
MAUPIN OATS COX& LEGOY, PC
4785 Caughlin Pkwy
Reno, Nevada 89509
Tel: (775) 827-2000

*Counsel Defendants Coleman-Toll Limited Partnership and Toll Brothers, Inc.*

| | | | |
|---|---|---|---|
| By: | /s/ Douglas C. Northup | By: | /s/ Fredric C. Nelson |

Douglas C. Northup
FENNEMORE CRAIG, P.C.
300 South Fourth Street, #1400
Las Vegas, Nevada 89101
Tel:  (702) 692-8000
Fax:  (702) 692-8099
dnorthup@fclaw.com

*Counsel for Defendants Meritage Homes of Nevada, Inc. and Meritage Homes Corp.*

Fredric C. Nelson (CA SBN 48402)
John R. Foote (CA SBN 99674)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Tel:  (415) 984-8200
Fax:  (415) 984-8300
fnelson@nixonpeabody.com

Pat Lundvall (NSBN 3761)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Tel:  (702) 873-4100
Fax:  (702) 873-9966

*Counsel for Defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company*

By:   /s/ Charles M. Vlasic III

Charles M. Vlasic III (NSBN 11308)
BOGATZ & ASSOCIATES, P.C.
3455 Cliff Shadows Pkwy., Suite 110
Las Vegas, Nevada 89129
Tel: (702) 776-7000
Fax:  (702) 776-7900
cvlasic@isbnv.com

*Counsel for Defendant John A. Ritter, Defendant and Counterdefendant Focus South Group, LLC*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

By: /s/ Philip M. Pro
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE
Dated: November 15, 2010