UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ BASE FILE |
| Plaintiff, | |
| v. | 2:08-CV-01717-PMP-RJJ<br>2:08-CV-01714-PMP-RJJ<br>2:08-CV-01715-PMP-RJJ |
| KB HOME et al., | 2:08-CV-01709-PMP-RJJ<br>2:08-CV-01713-PMP-RJJ |
| Defendants. | 2:08-CV-01716-PMP-RJJ |
| AND ALL RELATED ACTIONS | ORDER |

On November 15, 2010, the Court entered an Order (Doc. #373) requiring the parties to show cause why each of the sealed filings relating to confirming or vacating the arbitration award (Doc. Nos. 313, 322-23, 326-27, 332-36, and 339) should not be unsealed. Having read and considered the Responses filed by Focus (Doc. #380), JPMorgan Chase Bank, N.A. (Doc. #381) and the Builder Members (Doc. #382), and finding no compelling reason exists to warrant further sealing of the documents in question,

IT IS THEREFORE ORDERED that the Clerk of Court shall unseal the arbitration award and Docket Numbers 313, 322-23, 326-27, 332-36, and 339.

DATED: December 6, 2010

_____
PHILIP M. PRO
United States District Judge