[counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>KB HOME, *et al.*,<br><br>    Defendants.<br><br>Relates To:<br><br>All Actions | 2:08-CV-01711-PMP-RJJ<br>BASE FILE<br><br>**STIPULATED CONSENT TO JPMORGAN'S REQUEST FOR STAY [ECF# 383] AND [PROPOSED] ORDER STAYING CASE**<br><br>**Related Cases:**<br>2:08-CV-01709-PMP-RJJ<br>2:08-CV-01713-PMP-RJJ<br>2:08-CV-01714-PMP-RJJ<br>2:08-CV-01715-PMP-RJJ<br>2:08-CV-01716-PMP-RJJ<br>2:08-CV-01717-PMP-RJJ<br><br>2:09-CV-01154-PMP-RJJ<br>2:09-CV-01547-PMP-RJJ<br>2:09-CV-01548-PMP-RJJ<br>2:09-CV-01549-PMP-RJJ<br>2:09-CV-01550-PMP-RJJ<br>2:09-CV-01551-PMP-RJJ<br>2:09-CV-01552-PMP-RJJ |

Pursuant to Local Rule 7-1, plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") and defendants Meritage Homes of Nevada, Inc., Meritage Homes Corp., Coleman-Toll Limited Partnership, Toll Brothers, Inc., KB Home, KB Home of Nevada, Inc., Pardee Homes of Nevada, Weyerhaeuser Real Estate Company, Beazer Homes Holding Corp., Beazer Homes USA, Inc., John Ritter, and Focus South Group LLC (collectively, the "Defendants"), by and through their undersigned attorneys, stipulate as follows:

1. On December 9, 2010, an involuntary Chapter 11 bankruptcy petition (the "Bankruptcy Petition") was filed against the Debtor by petitioning creditors JPMorgan Chase Bank, N.A., Credit Agricole Corporate and Investment Bank, and Wells Fargo Bank, N.A. pursuant to Section 303 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.

2. On December 10, 2010, JPMorgan filed a Notice of Automatic Stay (ECF# 388) and a Motion for Discretionary Stay (ECF# 389).

3. Counsel for the parties in this case conferred by telephone between December 10, 2010 and December 16, 2010 regarding JPMorgan's Notice of Automatic Stay and Motion for Discretionary Stay.

4. Except as stated in paragraph 6, below, the parties have agreed that the captioned action should be stayed until February 7, 2011 or until such time as the Bankruptcy Court has determined whether to enter an order for relief on the Bankruptcy Petition (the "Bankruptcy Ruling").

5. Defendants reserve their right to respond to JPMorgan's Notice of Automatic Stay and Motion for Discretionary Stay within ten (10) calendar days after the Bankruptcy Ruling without any prejudice from this stipulation.

6. Notwithstanding the foregoing, JPMorgan shall remain obligated to comply with this Court's November 15, 2010 Order (ECF# 372) as well as the prior orders related thereto regarding Lender Discovery.

Dated:  December 21, 2010

By: /s/ Andrew J. Detherage
Andrew J. Detherage
Karoline E. Jackson
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana  46204
Tel: (317) 236-1313
Fax: (317) 231-7433
Andy.Detherage@btlaw.com

Megan K. Dorsey

By: /s/ James E. Hough
James E. Hough
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104-0050
Tel.: (212) 468-8000
Fax: (212) 468-7900
jhough@mofo.com

Jeffrey R. Sylvester
SYLVESTER & POLEDNAK, Ltd.

| | | |
|---|---|---|
| 1 | KOELLER, NEBEKER, CARLSON, & HALUCK, LLP<br>300 S. 4th St., # 500<br>Las Vegas, Nevada 89101<br>Tel: (702) 853-5500<br>Fax: (702) 853-5599<br><br>*Counsel for Defendants Beazer Homes Holdings Corp. and Beazer Homes USA, Inc.* | 7371 Prairie Falcon Road, Suite 120<br>Las Vegas, Nevada 89128<br>Tel.: (702) 952-5200<br>Fax: (702) 952-5205<br>jeff@sylvesterpolednak.com<br><br>*Counsel for Plaintiff JPMorgan Chase Bank, N.A.* |

By:  /s/ Bruce E. Van Dalsem_____
     Bruce E. Van Dalsem
     Michael T. Lifrak
     QUINN EMANUEL URQUHART & SULLIVAN, LLP
     865 S. Figueroa Street, 10th Floor
     Los Angeles, California 90017
     Tel: (213) 443-3000
     Fax: (213) 443-3100
     brucevandalsem@quinnemanuel.com

     Donald Lattin
     MAUPIN OATS COX& LEGOY, PC
     4785 Caughlin Pkwy
     Reno, Nevada 89509
     Tel: (775) 827-2000

*Counsel for Defendants KB Home and KB Home Nevada, Inc.*

By:  /s/ Mark T. Drooks_____
     Mark T. Drooks
     Thomas V. Reichert
     Benjamin D. Lichtman
     BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
     1875 Century Park East
     Los Angeles, California 90067
     Tel: (310) 201-2100
     Fax: (310) 301-2110
     mtd@birdmarella.com

     Donald Lattin
     MAUPIN OATS COX& LEGOY, PC
     4785 Caughlin Pkwy
     Reno, Nevada 89509
     Tel: (775) 827-2000

*Counsel Defendants Coleman-Toll Limited Partnership and Toll Brothers, Inc.*

By:  /s/ Douglas C. Northup_____
     Douglas C. Northup
     FENNEMORE CRAIG, P.C.
     300 South Fourth Street, #1400
     Las Vegas, Nevada 89101
     Tel: (702) 692-8000
     Fax: (702) 692-8099
     dnorthup@fclaw.com

*Counsel for Defendants Meritage Homes of Nevada, Inc. and Meritage Homes Corp.*

By:  /s/ Fredric C. Nelson_____
     Fredric C. Nelson (CA SBN 48402)
     John R. Foote (CA SBN 99674)
     NIXON PEABODY LLP
     One Embarcadero Center, 18th Floor
     San Francisco, California 94111
     Tel: (415) 984-8200
     Fax: (415) 984-8300
     fnelson@nixonpeabody.com

     Pat Lundvall (NSBN 3761)
     MCDONALD CARANO WILSON LLP
     2300 West Sahara Avenue, Suite 1000
     Las Vegas, Nevada 89102
     Tel: (702) 873-4100

|   |   |   |
|---|---|---|
| 1 | | Fax:  (702) 873-9966 |
| 2 | | |
| 3 | | *Counsel for Defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company* |

By:  /s/ Charles M. Vlasic III
     Charles M. Vlasic III (NSBN 11308)
     BOGATZ & ASSOCIATES, P.C.
     3455 Cliff Shadows Pkwy., Suite 110
     Las Vegas, Nevada 89129
     Tel:  (702) 776-7000
     Fax:  (702) 776-7900
     cvlasic@isbnv.com

*Counsel for Defendant John A. Ritter, Defendant and Counterdefendant Focus South Group, LLC*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

By: /s/ Philip M. Pro
    PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: December 22, 2010.