UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ<br>BASE FILE |
| Plaintiff, | |
| | 2:08-CV-01717-PMP-RJJ |
| v. | 2:08-CV-01714-PMP-RJJ |
| | 2:08-CV-01715-PMP-RJJ |
| KB HOME et al., | 2:08-CV-01709-PMP-RJJ |
| | 2:08-CV-01713-PMP-RJJ |
| Defendants. | 2:08-CV-01716-PMP-RJJ |
| AND ALL RELATED ACTIONS | ORDER |

In light of Plaintiff JPMorgan Chase Bank, N.A.'s Motion to Stay Pending Involuntary Bankruptcy Proceeding of South Edge, LLC (Doc. #389), the parties' Stipulated Consent to JPMorgan's Request for Stay (Doc. #392), and the Response of Home Builders to JPMorgan Chase Bank, N.A.'s Motion to Stay Pending Bankruptcy of South Edge, LLC (Doc. #394), the Court will stay the proceedings in this action and all related actions pending resolution of South Edge, LLC's bankruptcy proceedings or further order of this Court.

The parties shall file joint status reports every ninety (90) days commencing on Monday, May 2, 2011.

IT IS SO ORDERED.

DATED: February 8, 2011

_____
PHILIP M. PRO
United States District Judge