UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ BASE FILE |
| Plaintiff, | |
| v. | 2:08-CV-01717-PMP-RJJ<br>2:08-CV-01714-PMP-RJJ<br>2:08-CV-01715-PMP-RJJ |
| KB HOME et al., | 2:08-CV-01709-PMP-RJJ<br>2:08-CV-01713-PMP-RJJ |
| Defendants. | 2:08-CV-01716-PMP-RJJ |
| AND ALL RELATED ACTIONS | ORDER |

Having read and considered the Third Joint Status Report (Doc. #406),

IT IS ORDERED that the stay is hereby lifted in JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc., 2:09-CV-01547-PMP-RJJ and in JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc., 2:08-CV-01717-PMP-RJJ.

IT IS FURTHER ORDERED that the parties shall file stipulations to dismiss the other pending actions within twenty (20) days of the Effective Date of the Joint Plan of Reorganization in In re South Edge LCC, BK-10-32968.

DATED: 11-14-2011.

PHILIP M. PRO
United States District Judge